Joan B. Tucker Fife (SBN 144572)
JFife@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Emilie C. Woodhead (SBN 240464)
ewoodhead@winston.com
Winston K. Hu (SBN 306677)
WHu@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1700
Facsimile: +1 213-615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

*Additional Counsel – Next Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIEN FRAZIER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 4:23-cv-05675<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Jon S. Tigar |

1  Joseph Lavi
   jlavi@lelawfirm.com
2  Vincent C. Granberry
   vgranberry@lelawfirm.com
3  Cassandra Castro
   ccastro@lelawfirm.com
4  LAVI & EBRAHIMIAN, LLP
   8889 W. Olympic Blvd,
5  Suite 200
   Beverly Hills, CA 90211
6
   Telephone:    (310) 432-0000
7  Facsimile:    (310) 432-0001
   Email:
8
   Attorneys for Plaintiff
9  KALIEN FRAZIER

**STIPULATION TO DIMISS**

Plaintiff KALIEN FRAZIER ("Plaintiff") and Defendant U.S. BANK NATIONAL ASSOCIATION ("Defendant") (collectively, the "Parties"), by and through their respective, undersigned counsel, hereby jointly stipulate and agree that Kalien Frazier hereby dismisses without prejudice the entire action and all claims being asserted against Defendant in the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the Parties hereby request that the Court dismiss this case without prejudice, with each Party to bear his or its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  June 4, 2024            LAVI & EBRAHIMIAN, LLP

                                By: /s/ Cassandra Castro
                                    Joseph Lavi
                                    Vincent C. Granberry
                                    Cassandra Castro
                                    Attorneys for Plaintiff
                                    KALIEN FRAZIER

Dated:  June 4, 2024            WINSTON & STRAWN LLP

                                By: /s/ Emilie C. Woodhead
                                    Joan B. Tucker Fife
                                    Emilie C. Woodhead
                                    Winston K. Hu
                                    Attorneys for Defendant
                                    U.S. BANK NATIONAL ASSOCIATION

**ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

Pursuant to Local Rule 5-1 (i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  June 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/Emilie C. Woodhead
　　　　　　　　　　　　　　　　　　　　　　　　Emilie C. Woodhead

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the Stipulation of all Parties who have appeared in the action and good cause appearing, the Court ORDERS the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted in the above-captioned action by Plaintiff against the Defendant are DISMISSED WITHOUT PREJDUCE. Each party shall bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 5, 2024

_____
Honorable Jon S. Tigar
United States District Court Judge